UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KAMMAR KAREEM HUNT,

                                                  Civil No. 05-520 (RHK/AJB)

                    Petitioner,

v.                                                **ORDER OF DISMISSAL**
                                                  **WITHOUT PREJUDICE**

MICHAEL CHERTOFF, SECRETARY,
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

                    Respondent.

Pursuant to the Stipulation of Dismissal Without Prejudice, which Stipulation is incorporated herein by reference, it is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorney's fees, costs, and disbursements herein.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 9, 2005

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge